UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIANNA L. ADAMS                                                    CIVIL ACTION

VERSUS                                                             NO. 05-2666

JO ANNE B. BARNHART,                                               SECTION "J" (2)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the

Magistrate Judge's Findings and Recommendation, and finding that as of this date

plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation,

hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as

its opinion.  Accordingly, IT IS ORDERED that plaintiff's complaint be and is hereby

DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this __18th__ day of _____July_____, 2006.


_____
UNITED STATES DISTRICT JUDGE

-2-